MELINDA HAAG
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARLA ARMSTRONG, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, <br><br> Defendant. | No. 3:13-cv-04741-NC <br><br> **STIPULATION FOR VOLUNTARY REMAND PURUSANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

Upon remand, the ALJ shall further evaluate Plaintiff's medically determinable impairments at step 2 and step 3 of the sequential evaluation process.  Specifically, the ALJ shall consider whether Plaintiff meets or equals the Listings, including Listing 12.05, and give weight and provide rationale for the weight given to the medical opinions in the record including the testing results of examining psychologist, Dr. Susan Wilde.  In addition, the ALJ shall offer

1  Plaintiff a new administrative hearing, provide Plaintiff the opportunity to submit updated
2  medical evidence, and evaluate, give weight and provide rationale for the weight given to the
3  medical opinions.  The ALJ shall also reassess Plaintiff's residual functional capacity and issue a
4  new administrative decision.

                                                Respectfully submitted,

Date: _November 24, 2014_        GERI NADINE KAHN, ATTORNEY AT LAW

                        By:   */s/ Geri Nadine Kahn\**
                                GERI NADINE KAHN
                                *\* By e-mail authorization on Nov. 24, 2014*
                                Attorney for Plaintiff

Date: _November 24, 2014_        MELINDA HAAG
                                United States Attorney

                        By:   */s/ Jeffrey Chen*
                                JEFFREY CHEN
                                Special Assistant United States Attorney
                                Attorneys for Defendant

                                ORDER

APPROVED AND SO ORDERED:

DATED: _November 24, 2014_

                                HON. [signature stamp: GRANTED — Judge Nathanael M. Cousins, United States District Court, Northern District of California]
                                UNITED STATES MAGISTRATE JUDGE

Stip. for Voluntary Remand